NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF THE VIRGIN ISLANDS
# ST. CROIX DIVISION

Casandra PAUL,

        Plaintiff,

v.

HOVENSA L.L.C.,

        Defendant.

Civ. No. 1:07-cv-00051-AET-GWC

ORDER

THOMPSON, U.S.D.J.

In accordance with the Court's Opinion issued this same day,

    IT IS on this ___5th___ day of March, 2013

    ORDERED that Defendant Hovensa L.L.C.'s Appeal from the Magistrate Judge's June 29, 2012 Order [Doc. No. 429] is DENIED.

_/s/ Anne E. Thompson_
ANNE E. THOMPSON, U.S.D.J.